1  LOUIS R. MILLER, State Bar No. 54141
   smiller@millerbarondess.com
2  DANIEL S. MILLER, State Bar No. 218214
   dmiller@millerbarondess.com
3  BRIAN PROCEL, State Bar No. 218657
   bprocel@millerbarondess.com
4  **MILLER BARONDESS, LLP**
   1999 Avenue of the Stars, Suite 1000
5  Los Angeles, California 90067
   Telephone:    (310) 552-4400
6  Facsimile:     (310) 552-8400

7  Attorneys for Plaintiff
   SCC ALAMEDA POINT, LLC
8
   DAVID B. NEWDORF, State Bar No. 172960
9  david@newdorf.com
   VICKI F. VAN FLEET, State Bar No. 164598
10 vicki@newdorf.com
   **NEWDORF LEGAL**
11 220 Montgomery Street, Suite 1850
   San Francisco, California 94104-4238
12 Telephone:    (415) 357-1234
   Facsimile:     (866) 954-8448
13
   GEOFFREY L. ROBINSON, State Bar No. 112997
14 geoffrey.robinson@bingham.com
   **BINGHAM MCCUTCHEN LLP**
15 3 Embarcadero Center
   San Francisco, CA 94111-4067
16 Telephone; (415) 393-2000
   Facsimile:  (415) 393-2286
17
   Attorneys for Defendants
18 CITY OF ALAMEDA, ALAMEDA REUSE
   AND REDEVELOPMENT AUTHORITY, and
19 COMMUNITY IMPROVEMENT COMMISSION
   OF THE CITY OF ALAMEDA
20
   ARTHUR J. FRIEDMAN, State Bar No. 160867
21 afriedman@sheppardmullin.com
   MARTIN D. WHITE, State Bar No. 253476
22 mwhite@sheppardmullin.com
   **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
23 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
24 Telephone:    (415) 434-9100
   Facsimile:     (415) 434-3947
25
   Attorneys for Defendant
26 ANN MARIE GALLANT

27                **UNITED STATES DISTRICT COURT**

28                **NORTHERN DISTRICT OF CALIFORNIA**

77871.5              [PROPOSED] ORDER GRANTING CONTINUANCE, CASE NO. 3:10-CV-05178-CRB

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | **CASE NO. 3:10-cv-05178-CRB**<br><br>[~~PROPOSED~~] **ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT ANN MARIE GALLANT'S MOTION TO DISMISS AND MOTIONS TO STRIKE**<br><br>Current CMC Date:  March 18, 2011<br>Time:  8:30 a.m.<br>Place:  Courtroom 8, 19th Floor<br><br>Current Motion Date:  March 11, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor<br><br>New CMC/<br>Motion Date:  April 8, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor<br><br>Judge: Hon. Charles R. Breyer |

# ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Initial Case Management Conference and the hearing on Defendant Ann Marie Gallant's Motion to Dismiss and Motions to Strike ("Motions") will be continued to April 8, 2011 at 10:00 a.m.

IT IS FURTHER ORDERED that the Joint Case Management Statement will be due on or before April 1, 2011.

IT IS FURTHER ORDERED that any opposition to Defendant Ann Marie Gallant's motions will be due on or before March 18, 2011 and any reply to the opposition will be due on or before March 28, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: Feb. 16, 2011                    By: _____
                                             Hon. Charles R. Breyer

