LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
DANIEL S. MILLER, State Bar No. 218214
dmiller@millerbarondess.com
BRIAN PROCEL, State Bar No. 218657
bprocel@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 552-4400
Facsimile:     (310) 552-8400

Attorneys for Plaintiff
SCC ALAMEDA POINT, LLC

DAVID B. NEWDORF, State Bar No. 172960
david@newdorf.com
VICKI F. VAN FLEET, State Bar No. 164598
vicki@newdorf.com
**NEWDORF LEGAL**
220 Montgomery Street, Suite 1850
San Francisco, California 94104-4238
Telephone:    (415) 357-1234
Facsimile:     (866) 954-8448

GEOFFREY L. ROBINSON, State Bar No. 112997
geoffrey.robinson@bingham.com
**BINGHAM MCCUTCHEN LLP**
3 Embarcadero Center
San Francisco, CA 94111-4067
Telephone; (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Defendants
CITY OF ALAMEDA, ALAMEDA REUSE
AND REDEVELOPMENT AUTHORITY, and
COMMUNITY IMPROVEMENT COMMISSION
OF THE CITY OF ALAMEDA

ARTHUR J. FRIEDMAN, State Bar No. 160867
afriedman@sheppardmullin.com
MARTIN D. WHITE, State Bar No. 253476
mwhite@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    (415) 434-9100
Facsimile:     (415) 434-3947

Attorneys for Defendant
ANN MARIE GALLANT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company, | **CASE NO. 3:10-cv-05178-CRB** |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE AND ORDER** |
| v. | |
| CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive, | Current City Motion to Dismiss/ Strike Date:  March 11, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |
| Defendants. | New City Motion to Dismiss/ Strike Date:  May 13, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |
| | Current CMC/ Gallant/Sanctions Motions Date:  April 8, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |
| | New CMC/Gallant/ Sanctions Motion Date: May 13, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |
| | Judge: Hon. Charles R. Breyer |

1   WHEREAS, Defendants City of Alameda, Alameda Reuse and Redevelopment Authority, and Community Improvement Commission of the City of Alameda, filed a Motion to Dismiss the Second Amended Complaint and Motion to Strike (the "City Motion").  The City Motion is currently set for hearing on March 11, 2011 at 10:00 a.m. in Courtroom 8 of the above-captioned Court;

WHEREAS the Initial Case Management Conference is currently scheduled for April 8, 2011 at 10:00 a.m.;

WHEREAS, Defendant Ann Marie Gallant ("Gallant") filed the following motions: (1) Motion to Dismiss the Fourth Cause of Action of Plaintiff's Second Amended Complaint; (2) Motion to Strike Portions of Plaintiff's Second Amended Complaint; and (3) Special Motion to Strike the Fourth Cause of Action to the Second Amended Complaint ("Gallant Motions"), currently set for hearing on April 8, 2011 at 10:00 a.m.;

WHEREAS, Plaintiff SCC Alameda Point, LLC ("Plaintiff") filed a Motion for Sanctions against Defendants for Spoliation of Evidence ("Plaintiff Motion"), currently set for hearing on April 8, 2011 at 10:00 a.m.;

WHEREAS, counsel for Plaintiff are not available on March 11, 2011;

WHEREAS, all parties wish to continue the hearing on the City Motion to Dismiss from March 11, 2011 to April 8, 2011;

WHEREAS, all parties also wish to continue the Initial Case Management Conference, the hearing on the Gallant Motions, and the hearing on the Plaintiff Motion to May 13, 2011, or as soon thereafter as the Court is available; and

WHEREAS, the parties will not be prejudiced by the continuance.

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys of record, that the hearing on the City Motion will be continued to May 13, 2011 at 10:00 a.m., or as soon thereafter as the Court is available.

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys of record, that the Initial Case Management Conference and the hearing on the

1
STIPULATION TO CONTINUE CMC/HEARINGS ON MOTIONS TO DISMISS, CASE NO. 3:10-CV-05178-CRB
78801.3

1  Gallant Motions and Plaintiff Motion will be continued to May 13, 2011 at 10:00 a.m., or as soon
2  thereafter as the Court is available.

4  DATED:  March __, 2011              MILLER BARONDESS, LLP

6                                       By:_____
7                                            Daniel S. Miller
                                             Attorneys for Plaintiff
                                             SCC ALAMEDA POINT, LLC

9  DATED:  March __, 2011              NEWDORF LEGAL
                                       DAVID B. NEWDORF

10                                     BINGHAM MCCUTCHEN LLP
11                                     GEOFFREY L. ROBINSON

13                                      By:_____
                                             David B. Newdorf
14                                           Attorneys for Defendants
                                             CITY OF ALAMEDA, ALAMEDA REUSE AND
15                                           REDEVELOPMENT AUTHORITY AND
                                             COMMUNITY IMPROVEMENT COMMISSION OF
16                                           THE CITY OF ALAMEDA

17  DATED:  March __, 2011             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19                                      By:_____
                                             Arthur J. Friedman
20                                           Attorneys for Defendant
                                             ANN MARIE GALLANT

1 **O R D E R**

2 All motions and case management conference currently on calendar are reset to May 13,

3 2011 at 10:00 a.m..

4 IT IS SO ORDERED.

6 DATED:  March 8, 2011                                By: _____



The Honorable Charles R. Breyer
United States District Judge

3

STIPULATION TO CONTINUE CMC/HEARINGS ON MOTIONS TO DISMISS, CASE NO. 3:10-CV-05178-CRB
78801.3