DAVID B. NEWDORF, State Bar No. 172960
david@newdorf.com
VICKI F. VAN FLEET, State Bar No. 164598
vicki@newdorf.com
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104-4238
Telephone: (415) 357-1234
Facsimile: (866) 954-8448

GEOFFREY L. ROBINSON, State Bar No. 112997
geoffrey.robinson@bingham.com
ALAN H. MURPHY, State Bar No. 262844
alan.murphy@bingham.com
BINGHAM MCCUTCHEN LLP
3 Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants
CITY OF ALAMEDA, ALAMEDA REUSE
AND REDEVELOPMENT AUTHORITY, and
COMMUNITY IMPROVEMENT COMMISSION
OF THE CITY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive, Defendants. | **Case No. CV 10-5178 CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PENDING HEARINGS AND CASE DEADLINES FOR 90 DAYS PENDING MEDIATION**<br><br>Judge: Hon. Charles R. Breyer |

---

STIP & ORDER TO STAY CASE – CASE NO. C10-5178 CRB

WHEREAS hearings on motions and the initial Case Management Conference are scheduled for May 13, 2011; and

WHEREAS the parties have agreed to attempt to resolve their disputes through mediation;

The parties, by and through their undersigned counsel, therefore STIPULATE and AGREE as follows:

1. With the approval of the Court, all pending dates for motion hearings and the Case Management Conference shall be taken off calendar;

2. All briefing schedules for all pending motion hearings shall be vacated;

3. All deadlines in the Court's Order Setting Case Management Conference and deadlines under Fed. R. Civ. P. 16 and 26 are stayed for 90 days.

4. The parties shall file a joint status report concerning the mediation and status of the case within 90 days after the Court's approval of this Stipulation and Order.

STIPULATED AND AGREED:

Dated: April 11, 2011

BINGHAM MCCUTCHEN LLP
GEOFFREY L. ROBINSON

NEWDORF LEGAL
DAVID B. NEWDORF
VICKI F. VAN FLEET

By: _____
DAVID B. NEWDORF
Attorneys for Defendants
CITY OF ALAMEDA, ALAMEDA REUSE
AND REDEVELOPMENT AUTHORITY, and
COMMUNITY IMPROVEMENT COMMISSION
OF THE CITY OF ALAMEDA

NEWDORF LEGAL
220 Montgomery St. #1850
San Francisco, CA 94104
(415) 357-1234

Case3:10-cv-05178-CRB Document57 Filed04/18/11 Page3 of 43

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ARTHUR J. FRIEDMAN

By: /s/ Arthur J. Friedman by MOW
ARTHUR J. FRIEDMAN
Attorneys for Defendant
ANN MARIE GALLANT

MILLER BARONDESS LLP
LOUIS R. MILLER
DANIEL S. MILLER
BRIAN PROCEL

By: /s/
LOUIS R. MILLER
Attorneys for Plaintiff
SCC ALAMEDA POINT LLC

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: April 12, 2011

_____
Hon. Charles R. Breyer
U.S.D.J.



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NEWDORF LEGAL
220 Montgomery St. #1850
San Francisco, CA 94104
(415) 357-1234