DAVID B. NEWDORF, State Bar No. 172960
david@newdorf.com
VICKI F. VAN FLEET, State Bar No. 164598
vicki@newdorf.com
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104-4238
Telephone: (415) 357-1234
Facsimile: (866) 954-8448

GEOFFREY L. ROBINSON, State Bar No. 112997
grobinson@perkinscoie.com
ALAN H. MURPHY, State Bar No. 262844
amurphy@perkinscoie.com
PERKINS COIE LLP
4 Embarcadero Center
San Francisco, California 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendants
CITY OF ALAMEDA, ALAMEDA REUSE
AND REDEVELOPMENT AUTHORITY, and
COMMUNITY IMPROVEMENT COMMISSION
OF THE CITY OF ALAMEDA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive,<br>Defendants. | **Case No. CV 10-5178 CRB**<br><br>[PROPOSED] **SCHEDULING ORDER ON JOINT STATUS REPORT SUBMITTED JULY 14, 2011** |

SCHEDULING ORDER – CASE NO. C10-5178 CRB

**[PROPOSED] ORDER**

FOR GOOD CAUSE APPEARING, AND PURSUANT TO THE JOINT STATUS REPORT SUBMITTED JULY 14, 2011,

IT IS HEREBY ORDERED that the initial case management conference is set for **10:00** a.m. October 14, 2011 and that the following pending motions be heard at that date and time:

1. City of Alameda's motion to dismiss the Second Amended Complaint (Fed. R. Civ. P. 12(b)(6)).
2. Defendant Ann Marie Gallant's motion to dismiss the Second Amended Complaint (Fed. R. Civ. P. 12(b)(6)).
3. Defendant Ann Marie Gallant's special motion to strike the Second Amended Complaint (anti-SLAPP motion).
4. Defendant Ann Marie Gallant's motion to strike portions of the Second Amended Complaint (Fed. R. Civ. P. 12(f)).
5. Plaintiff SCC Alameda Point LLC's motion for sanctions for spoliation of evidence.

IT IS FURTHER ORDERED that

1. SCC Alameda Point, LLC may file a supplemental opposition to the City of Alameda's Motion to Dismiss by September 16.
2. City of Alameda may file a supplemental reply brief in support of the Motion to Dismiss by September 30, 2011.
3. All other oppositions will be filed and served three weeks before the hearing date, and all other reply briefs will be filed two weeks before the hearing date.

IT IS SO ORDERED.

Dated: __August 3, 2011_____

_____
Hon. Charles R. Breyer
U.S. District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*