DAVID B. NEWDORF, State Bar No. 172960
david@newdorf.com
VICKI F. VAN FLEET, State Bar No. 164598
vicki@newdorf.com
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104-4238
Telephone:    (415) 357-1234
Facsimile:     (866) 954-8448

GEOFFREY L. ROBINSON, State Bar No. 112997
grobinson@perkinscoie.com
ALAN H. MURPHY, State Bar No. 262844
amurphy@perkinscoie.com
PERKINS COIE LLP
4 Embarcadero Center
San Francisco, California 94111-4131
Telephone:    (415) 344-7000
Facsimile:     (415) 344-7050

Attorneys for Defendants
CITY OF ALAMEDA, ALAMEDA REUSE
AND REDEVELOPMENT AUTHORITY, and
COMMUNITY IMPROVEMENT COMMISSION
OF THE CITY OF ALAMEDA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive,<br>                           Defendants. | **Case No. CV 10-5178 CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**1. TAKING OFF CALENDAR ANN MARIE GALLANT'S SPECIAL MOTION TO STRIKE [ANTI-SLAPP MOTION];**<br><br>**AND**<br><br>**2. WITHDRAWING SCC ALAMEDA POINT LLC'S MOTION TO PERMIT LIMITED DISCOVERY IN OPPOSITION TO GALLANT'S ANTI-SLAPP MOTION** |

STIPULATION & ORDER RE ANTI-SLAPP & DISCOVERY MOTIONS – CASE NO. C10-5178 CRB

The parties, by and through their undersigned counsel, STIPULATE and AGREE as follows:

1. Ann Marie Gallant's Special Motion to Strike the Second Amended Complaint (anti-SLAPP [Doc. # 41]) now set for hearing on October 14, 2011 shall be taken off calendar and continued pending the Court's ruling on Gallant's motion to dismiss pursuant Rule 12(b)(6) [Doc. #39] and motion to strike pursuant to Rule 12(f) [Doc. # 40], set for hearing on October 14, as well as any subsequent pleading challenges to Plaintiff's cause of action against Defendant Gallant. All parties reserve the right to raise any arguments regarding the appropriateness and/or scope of discovery Plaintiff may request to oppose the anti-SLAPP motion if and when the anti-SLAPP motion is re-set for hearing.

2. Plaintiff's motions filed on September 7, 2011 [Doc. # 64 to 66] regarding discovery are withdrawn without prejudice.

3. The parties shall discuss a discovery plan for the case at the Fed. R. Civ. P. 26(f) conference among counsel. To the extent there are disagreements as to the discovery plan following this conference (including as to the appropriate scope and timing of depositions), the parties shall state their respective positions in the Joint Case Management Statement to be filed in advance of the initial Case Management Conference set for October 14, 2011.

STIPULATED AND AGREED:

Dated  September 8, 2011

                                 MILLER BARONDESS LLP
                                 LOUIS R. MILLER


                                 By:          /s/
                                       DANIEL S. MILLER
                                       Attorneys for Plaintiff
                                       SCC ALAMEDA POINT LLC

NEWDORF LEGAL
220 Montgomery St. #1850
San Francisco, CA 94104
(415) 357-1234

PERKINS COIE LLP
GEOFFREY L. ROBINSON

NEWDORF LEGAL
DAVID B. NEWDORF

By: _____/s/_____
DAVID B. NEWDORF
Attorneys for Defendants
CITY OF ALAMEDA, ALAMEDA REUSE
AND REDEVELOPMENT AUTHORITY, and
COMMUNITY IMPROVEMENT COMMISSION
OF THE CITY OF ALAMEDA


SHEPPARD MULLIN RICHTER & HAMPTON LLP
ARTHUR J. FRIEDMAN


By: _____/s/_____
ARTHUR J. FRIEDMAN
Attorneys for Defendant
ANN MARIE GALLANT

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: Sept. 14, 2011

_____
Hon. Charles R. Breyer
U.S. District Judge



2
STIPULATION & ORDER RE: ANTI-SLAPP & DISCOVERY MOTIONS – CASE NO. C10-5178 CRB