IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCC ALAMEDA POINT LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ALAMEDA, ET AL.,<br><br>    Defendants.                     / | No. C 10-05178 CRB<br><br>**ORDER** |

For the reasons stated in open court, the Court orders as follows:

1. Alameda Defendants' Motion to Dismiss Plaintiff's Estoppel Claims is GRANTED with prejudice and without leave to amend;

2. Alameda Defendants' Motion to Dismiss Plaintiff's Breach of Contract Claims is DENIED;

3. Defendant Gallant's Motion to Dismiss Plaintiff's Fraud Claims is GRANTED without prejudice and with leave to amend;

4. Defendant Gallant's Motion to Strike is DENIED.

**IT IS SO ORDERED.**

Dated: October 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5178\Order re MTD.wpd