IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCC ALAMEDA POINT LLC,

    Plaintiff,

  v.

CITY OF ALAMEDA, ET AL.,

    Defendants.

No. C 10-05178 CRB

**ORDER DENYING EX PARTE APPLICATION RE DEPOSITION**

Upon consideration of the evidence and the papers submitted by the parties, the *Ex Parte* Application of Plaintiff to take a complete deposition of out-of-state third party witness David Brandt is DENIED.

**IT IS SO ORDERED.**

Dated: November 22, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5178\Order Denying ex parte application.wpd