MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1

2

3               **UNITED STATES DISTRICT COURT**

4               **NORTHERN DISTRICT OF CALIFORNIA**

5   SCC ALAMEDA POINT, LLC, a limited            **CASE NO. 3:10-cv-05178-CRB**
    liability company,

6                                                **[~~PROPOSED~~] ORDER GRANTING**
                                                 **CONTINUANCE OF DATES TO FILE**
7                Plaintiff,                      **OPPOSITION AND REPLY PAPERS RE**
                                                 **DEFENDANTS' MOTIONS TO DISMISS**
    v.

8                                                Hearing Date:   January 20, 2012
                                                 Time:           10:00 a.m.
9   CITY OF ALAMEDA, a municipal corporation;    Place:          Courtroom 6, 17th Floor
    ALAMEDA REUSE AND REDEVELOPMENT

10  AUTHORITY, a Joint Powers Authority;
    COMMUNITY IMPROVEMENT

11  COMMISSION OF THE CITY OF ALAMEDA,           Judge: Hon. Charles R. Breyer
    a public body corporate and politic; ANN

12  MARIE GALLANT, an individual; and DOES 1
    through 10, inclusive,

13
                 Defendants.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

103822.1

1

## ORDER

2    Good cause appearing, IT IS HEREBY ORDERED that any opposition to the Motions to

3    Dismiss filed by Defendant Ann Marie Gallant and Defendants City of Alameda, Alameda Reuse

4    and Development Authority and Community Improvement Commission of the City of Alameda will

5    be due on or before December 22, 2011.

6        IT IS FURTHER ORDERED that any reply to the opposition to will be due on or before

7    December 30, 2011.

8        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10   DATED: _December 19, 2011_____        By:_____

Hon. Charles R.



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

103822.1

1

[PROPOSED] ORDER GRANTING CONTINUANCE OF REPLY/OPPOSITION DATES,
CASE NO. 3:10-CV-05178-CRB

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400