LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
DANIEL S. MILLER, State Bar No. 218214
dmiller@millerbarondess.com
BRIAN PROCEL, State Bar No. 218657
bprocel@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Plaintiff
SCC ALAMEDA POINT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | **CASE NO. 3:10-cv-05178-CRB**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT ANN MARIE GALLANT'S MOTION TO DISMISS THE FOURTH CAUSE OF ACTION OF PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date:    January 20, 2012<br><br>Time:   10:00 a.m.<br><br>Place:   Courtroom 6, 17th Floor<br><br>Judge:  Hon. Charles R. Breyer |

## [PROPOSED] ORDER

Defendant Ann Marie Gallant's Motion to Dismiss the Fourth Cause of Action of Plaintiff's Third Amended Complaint came on regularly for hearing on January 20, 2012 at 10:00 a.m., in Courtroom 6 on the 17th floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California before the Honorable Charles R. Breyer. Counsel of record appeared on behalf of all parties.

After consideration of the Motion, the Opposition and Reply thereto, argument of counsel and all other matters presented to the Court:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated: January ___, 2012

_____
The Honorable Charles R. Breyer

## PROOF OF SERVICE

STATE OF CALIFORNIA,      )
                          )   SS.
COUNTY OF LOS ANGELES     )

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. I am employed by MILLER BARONDESS, LLP and my business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, California 90067.

On **December 22, 2011**, I e-filed **[PROPOSED] ORDER DENYING DEFENDANT ANN MARIE GALLANT'S MOTION TO DISMISS THE FOURTH CAUSE OF ACTION OF PLAINTIFF'S THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to those recipients.

Executed on **December 22, 2011**, at Los Angeles, California.

| | |
|---|---|
| **Carole Conklin** | **/s/ Carole Conklin** |
| Type or Print Name | Signature |

78256.1