**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive,<br><br>       Defendants. | **CASE NO.  3:10-cv-05178-CRB**<br><br>**[PROPOSED] ORDER RE: SCHEDULING ORDER FOR SUMMARY JUDGMENT**<br><br>*Judge:  Hon. Charles R. Breyer* |

Good cause appearing, **IT IS HEREBY ORDERED** that

1.     All depositions will be completed on or before March 16, 2012;

2.     All deponents must review and finalize their transcripts on or before March 23, 2012;

3.     Any party moving for summary judgment shall file its moving papers on or before March 30, 2012;

4.     Opposition to a summary judgment motion shall be filed on or before April 13, 2012 and any reply to an opposition shall be filed on or before April 20, 2012; and

1  5. The summary judgment hearing date in this matter shall be set for May 4, 2012 at
2  10:00 a.m., or as soon thereafter as the Court is available.

4  DATED: February 17, 2012  By:_____
5  Hon. Charles R. Breyer, Judge
   United States District Court
6  Northern District of California

7  Presented by:

8  MILLER BARONDESS, LLP

10 By:_____/s/_____
11    Brian A. Procel
      Attorneys for Plaintiff, SCC ALAMEDA POINT, LLC

**IT IS SO ORDERED**
Judge Charles R. Breyer

2
[PROPOSED] ORDER

108290.1