LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
DANIEL S. MILLER, State Bar No. 218214
dmiller@millerbarondess.com
BRIAN PROCEL, State Bar No. 218657
bprocel@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
SCC ALAMEDA POINT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCC ALAMEDA POINT, LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, a municipal corporation; ALAMEDA REUSE AND REDEVELOPMENT AUTHORITY, a Joint Powers Authority; COMMUNITY IMPROVEMENT COMMISSION OF THE CITY OF ALAMEDA, a public body corporate and politic; ANN MARIE GALLANT, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 3:10-cv-05178-CRB**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SCC ALAMEDA POINT, LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT DECEMBER 14, 2012 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>(Request for Telephonic Appearance filed concurrently herewith)<br><br>Date: December 14, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

# [PROPOSED] ORDER

The request by Plaintiff's counsel, Brian Procel, to make a telephonic appearance at the December 14, 2012 case management conference is GRANTED.

IT IS SO ORDERED.

Dated: December 3, 2012



_____ Breyer